AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: MJ 19-0105-B | Date and time warrant executed: June 3, 2019 at 1500 | Copy of warrant and inventory left with: BPA Aaron Henry |
|---|---|---|

Inventory made in the presence of:
Border Patrol Agent Aaron Henry

Inventory of the property taken and name of any person(s) seized:

A forensic examination and digital search, commencing on or after the time of execution, of which the following may be contained within the device, hereby listed as:

Files, folders, directories, subdirectories, as well as stored communications, which may include seized digital data, videos files, logs and records, still image files and photographs, audio files, internet usage logs, records, and cache details, browsing and usage histories, geo-location points, metadata, operating system files, documents, deleted and/or recovered files, as well as other electro-magnetic media, data, and subcomponents of the inherent parent unit/device.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 14, 2019

_____
Executing officer's signature

Border Patrol Agent Aaron Henry
*Printed name and title*